UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| PAT TARWATER, JR. New World Order, Civil Union, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2:24-cv-00427-JPH-MJD |
| UNITED STATES GOVERNMENT, TARWATER CUSTOM FLOORING Owner, NEW WORLD ORDER CLIMATE UNION, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER DISMISSING CASE**

On September 12, 2024, the Court screened Plaintiff Pat Tarwater, Jr.'s complaint and dismissed it for failure to state a plausible claim. Dkt. 5 at 4. The Court gave Mr. Tarwater through October 11, 2024, to file an amended complaint. *Id.* Mr. Tarwater has filed an amended complaint, dkt. 7, but the amended complaint also does not state a plausible claim. Instead, it includes new allegations about chlorine and water treatment, dkt. 7 at 3, 5, and reiterates the assertions that A/C power is over-magnetizing the earth, and that the EPA has failed to "activate Clean Air Act 115," *id.* at 5. It does not identify how the defendants are responsible for the harms alleged, or otherwise "state a claim to relief that is plausible on its face." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)).

1

2

Mr. Tarwater's claims are therefore **DISMISSED with prejudice**.  *See Paul v. Marberry*, 658 F.3d 702, 704–05 (7th Cir. 2011).  Final judgment will issue by separate entry.

**SO ORDERED.**

Date: 10/7/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

PAT TARWATER, JR.
2217 S 7th
Terre Haute, IN 47802